In the Matter of JAMES F. O'KELLY, Respondent, against JOHN W. HILL, Presiding Justice of the Domestic Relations Court of the City of New York, Appellant.

Argued May 20, 1941; decided June 19, 1941.

William C. Chanler, Corporation Counsel (William Mason Smith, Jr., Paxton Blair and Henry J. Shields of counsel), for appellant.

Peter L. F. Sabbatino and Edward J. Fontana for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., FINCH and LEWIS, JJ.